Kelly R. Kichline, NV Bar # 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5651
Fax No.:    (702) 669-4501
Email:   kkichline@mgmresorts.com

*Attorneys for Defendant,*
*Aria Resort & Casino, LLC*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMY GONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC d/b/a ARIA RESORT; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-00594**<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant, Aria Resort & Casino, LLC, certifies that the following may have a direct, pecuniary interest in the outcome of this case: Aria is wholly owned subsidiary of Project CC, LLC. Project CC, LLC is wholly owned by MGM CC, LLC. MGM CC, LLC is wholly owned by MGM Resorts International. Also, Project CC, LLC, is a member of a joint venture, City Center Holdings, LLC, along with Infinity World Development Corp. IAC/InterActiveCorp owns 10% or more of MGM Resorts International's stock. There are no other known interested individuals or entities.

///

///

1

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this 12th day of April 2021.

Respectfully submitted,

*/s/ Kelly R. Kichline*
Kelly R. Kichline, NV Bar # 10642

*Attorney for Defendant, Aria Resort & Casino, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MGM Resorts International and on April 12, 2021, I electronically filed a copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court using the CM/ECF system which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Steven H. Burke, Bar # 14037
LAW OFFICES OF STEVEN H. BURKE, LLC
D.B.A. THE 808 FIRM
9205 W. Russell Road, Suite 240
Las Vegas, NV 89148
*Attorneys for Plaintiff*
*Emy Gong*

            */s/Graham Theriault*
            Graham Theriault