Kelly R. Kichline, NV Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5651
Telephone: (702) 669-4501
Email: kkichline@mgmresorts.com

*Attorney for Defendant,*
*Aria Resort & Casino, LLC*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMY GONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC d/b/a ARIA RESORT; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-cv-00594-RFB-NJK**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

1

Each party will bear her or its own costs. All parties appearing have signed this stipulation, and there are no remaining claims or parties.

DATED this 30th day of June, 2021.   DATED this 30th day of June, 2021.

LAW OFFICE OF STEVEN H. BURKE   MGM RESORTS INTERNATIONAL

 /s/Steven H. Burke   /s/ Kelly R. Kichline
Steven H. Burke, Esq.   Kelly R. Kichline, Esq.
Nevada Bar No.: 14037   Nevada Bar No.: 10642
9205 W. Russell Road, Suite 240   6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89148   Las Vegas, NV 89119
Attorney for Plaintiff   Attorney for Defendant
*Emy Gong*   *Aria Resort & Casino, LLC*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: June 30, 2021.